**TENNON, I.**

v.

**UCBR**

**1417 CD 2016**

Commonwealth Court of Pennsylvania.

08/21/2017

Unemployment Compensation Board of Review, B–585202–A

Affirmed

**CITY OF PITTSBURGH**

v.

**WCAB (MARINACK)**

**2048 CD 2016**

Commonwealth Court of Pennsylvania.

08/21/2017

Workers' Compensation Appeal Board, A15–1356

Affirmed

**J.N.**

v.

**DHS (Sealed)**

**1295 CD 2016**

Commonwealth Court of Pennsylvania.

08/22/2017

Department of Human Services, Bureau of Hearings and Appeals, 021–14–0952

Affirmed

**DIVEGLIA, C.**

v.

**PENNDOT**

**1821 CD 2016**

Commonwealth Court of Pennsylvania.

08/22/2017

Adams County Civil Division, 2014–S–1535

Affirmed